**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

RANDY PIGG #V-46860 | CIVIL ACTION NO. 25-2076

VERSUS | JUDGE DONALD E. WALTER

B P X OPERATING CO | MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, **no written objections having been filed**, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that BPX's Motion to Dismiss (Record Document 26) is **GRANTED** and that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that the "Motion" filed by Plaintiff seeking to amend his complaint (Record Document 46) is **DENIED** as, among other reasons, Plaintiff did not provide a copy of the proposed amended complaint or explain how the defects could be cured. See McKinney v. Irving ISD, 309 F.3d 308, 315 (5th Cir. 2002) (affirming denial of leave to amend where plaintiffs "failed to amend their complaint as a matter of right, failed to furnish the district court with a proposed amended complaint, and failed to alert both the court and the defendants to the substance of their proposed amendment").

**IT IS FURTHER ORDERED** that the Clerk of Court shall decline to file any civil complaint submitted by Randy Pigg unless the complaint has been presented first to a

district judge of this court and the judge has specifically authorized in writing that the complaint may be filed. It is also **ORDERED** that any motion to proceed in forma pauperis that accompanies such a complaint be referred to a district judge for action.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 12th day of August, 2026.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE